IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

FILED
99 NOV -8 PM 3:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| ANGEL RODRIGUEZ-RODRIGUEZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 99-J-1309-E |
| ) | |
| WARDEN JOE SIVLEY and the ) | |
| BUREAU OF PRISONS, ) | |
| ) | ENTERED |
| Respondents. ) | NOV 8 1999 |

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be denied. An appropriate order will be entered.

**DONE**, this ____8____ day of November, 1999.

INGE P. JOHNSON
UNITED STATES DISTRICT JUDGE

13